**CT** CORPORATION
A WoltersKluwer Company


**TO:** Christine Gillen
The Prudential Insurance Company of America
Legal Department, 751 Broad St, 4th Floor
Newark, NJ 07102

**RE:** **Process Served in Tennessee**

**FOR:** The Prudential Insurance Company of America (Domestic State: NJ)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **TITLE OF ACTION:** | Mary Marcella Pitts, Pltf. vs. Prudential Insurance Company of America, Dft. |
| **DOCUMENT(S) SERVED:** | Letter, Summons, Complaint |
| **COURT/AGENCY:** | Lawrence County Chancery Court, TN<br>Case # 1353107 |
| **NATURE OF ACTION:** | Insurance Litigation - Summons & Complaint - Pltf claims that the insurance policy was changed illegally |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Knoxville, TN |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 09/25/2007 postmarked on 09/14/2007 |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service of the summons, exclusive of the date of service |
| **ATTORNEY(S) / SENDER(S):** | J. Christopher Williams<br>Harwell, Plant & Williams<br>225 Mahr Avenue<br>Post Office Box 399<br>Lawrenceburg, TN 38464<br>931-762-7528 |
| **REMARKS:** | Process served/received by the Insurance Commissioner on 09/10/07, and mailed to CT Corporation System on 09/24/07. |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day, 798771074778<br>Email Notification, Legal Process Unit legal.process.unit@prudential.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 800 S. Gay Street<br>Suite 0221<br>Knoxville, TN 37929-9710 |
| **TELEPHONE:** | 865-342-3522 |

**EXHIBIT**

_1_

Page 1 of 1 / BC

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



STATE OF TENNESSEE
**DEPARTMENT OF COMMERCE AND INSURANCE**
500 JAMES ROBERTSON PARKWAY
NASHVILLE, TN 37243-1131

September 14, 2007

Prudential Ins Co Of America
% C T Corp, 800 S Gay St, Ste 2021
Knoxville, TN  37929-9710
NAIC # 68241

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7006 2150 0004 6621 7685
Cashier # 5387

Re: Mary Marcella Pitts   V.   Prudential Ins Co Of America

Docket # 13531

To Whom It May Concern:

We are enclosing herewith a document that has been served on this department on your behalf in connection with the above-styled matter.

I hereby make oath that the attached Complaint was served on me on September 10, 2007 by Mary Marcella Pitts pursuant to Tenn. Code Ann. § 56-2-504 or § 56-2-506. A copy of this document is being sent to the Chancery Court of  Lawrence County, TN.

Brenda C. Meade
Designated Agent
Service of Process

Enclosures

cc: Chancery Court Clerk
    Lawrence County
    240 West Gains, Nbu 13
    Lawrenceburg, Tn  38464

Service of Process 615.532.5260

DEFENDANT'S COPY

SUMMONS

# STATE OF TENNESSEE
## LAWRENCE COUNTY

### CHANCERY COURT AT LAWRENCEBURG, TENN.

| | |
|---|---|
| MARY MARCELLA PITTS, )<br><br>      Plaintiff, )<br><br>vs. )<br><br>PRUDENTIAL INSURANCE COMPANY )<br>OF AMERICA, )<br><br>      Defendants. ) | Number **13531-07**<br><br>CHANCERY COURT<br>SUMMONS |

*(stamp: 2007 AUG 23 AM 8 55 — KRISTY GANG, CLERK AND MASTER, LAWRENCE COUNTY TENN — FILED FOR RECORD)*

TO: State of Tennessee Department of Commerce and Insurance, Financial Affairs Section, 500 James Robertson Parkway, Service of Process Division, Nashville, TN 37243-1131

FOR: Service upon Defendant, PRUDENTIAL INSURANCE COMPANY OF AMERICA

      You are hereby summoned, and required to serve upon **J. Christopher Williams**, Plaintiff's attorney whose address is **225 Mahr Avenue, P.O. Box 399, Lawrenceburg, TN 38464** an answer to the **Complaint** which is herewith served upon you within thirty (30) days after service of this summons upon you, exclusive of the day of service. You are further directed to file your defense with the Clerk of the Court and send a copy to the Plaintiff's attorney.

In case of your failure to defend this action by above date, judgment by default can be rendered against you for the relief demanded in the complaint.

Attested to on date issued Kristy Gang,
Chancery Court Clerk

Issued: _August 23, 2007_      By: _Melissa B Bryant_ D.C.

### NOTICE

**TO THE DEFENDANT(S):**
**Tennessee law provides a four thousand dollar ($4,000.00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.**

### RETURN ON SERVICE OF SUMMONS

      I hereby certify and return, that on the _____ day of _____, 2007, I served this summons together with a copy of the complaint herein as follows:

_____

_____

_____
Sheriff-Deputy Sheriff-Agent for Process

THIS SUMMONS IS ISSUED PURSUANT TO RULE 4 OF THE TENNESSEE RULES OF CIVIL PROCEDURE.

IN THE CHANCERY COURT OF LAWRENCE COUNTY, TENNESSEE

MARY MARCELLA PITTS, )
)
Plaintiff, )
) **13531-07**
vs. ) Case No.:
)
PRUDENTIAL INSURANCE COMPANY )
OF AMERICA, )
)
Respondent. )

FILED FOR RECORD
2007 AUG 23 AM 8 55
KRISTY GANG
CLERK AND MASTER
LAWRENCE CO. TENN

---

## COMPLAINT FOR DECLARATORY RELIEF

---

COMES NOW the Plaintiff in the above styled cause, by and through counsel and pursuant to T.R.C.P. 57 and T.C.A. § 29-14-101, and files this Complaint for Declaratory Relief as follows:

1. The Plaintiff is the widowed spouse of Timothy Paul Pitts (hereinafter "Timothy Pitts"), who passed away on or about the 25th day of February, 2007.

2. On 4th day of October, 2006, and prior to the death of Timothy Pitts, Mary Marcella Pitts filed a complaint for divorce against Timothy Pitts in the Chancery Court of Lawrence County, Tennessee, styled <u>Mary Marcella Pitts v. Timothy Paul Pitts</u>, Civil Action Number 13132-06. Concurrent with the filing of that complaint and pursuant to T.C.A. § 36-4-106(d)(2), a restraining order went into immediate effect enjoining Mr. Pitts from, among other things, "voluntarily ... modifying ... any insurance policy, including but not limited to life [insurance] ... that names either of the parties ... as beneficiaries without the consent of the other party or an order of the court. 'Modifying' includes any change in beneficiary terms."

-1-

WHEREFORE, Plaintiff prays that this Court enter a declaratory judgment declaring the rights and obligations of the parties hereto with respect to the matters set forth in this Complaint, and that the Court grant such other and further relief as is deemed equitable.

Respectfully submitted,

HARWELL, PLANT & WILLIAMS

Paul B. Plant, No. 2521
J. Christopher Williams, No. 21081
*Attorneys for the Plaintiff*
225 Mahr Avenue
P.O. Box 399
Lawrenceburg, TN 38464
(931) 762-7528

I ACKNOWLEDGE MYSELF SURETY, FOR ALL COSTS, TAXES, AND DAMAGES IN THIS CAUSE IN ACCORDANCE WITH T.C.A.. § 20-12-120.

Paul B. Plant, No. 2521
J. Christopher Williams, No. 21081
*Attorneys for the Plaintiff*

-3-