IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARY MARCELLA PITTS | ) |
| | ) |
| v. | ) NO. 1:07-0076 |
| | ) JUDGE CAMPBELL |
| THE PRUDENTIAL INSURANCE | ) |
| COMPANY OF AMERICA | ) |

ORDER

Pursuant to the Stipulation of Dismissal filed by the parties (Docket No. 9), this action, including all claims, counterclaims and third-party claims, is DISMISSED without prejudice.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE